UNITED STATES of America, Plaintiff–Appellee,

v.

Cory T. PERRY, Defendant–Appellant.

No. 04–12065.

D.C. Docket No. 03–00050–CR–FTM–27–SPC.

United States Court of Appeals, Eleventh Circuit.

Aug. 1, 2005.

Mark J. O'Brien, The O'Brien Law Firm, P.A., Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, Tamra Phipps, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Mark O'Brien, appointed counsel for Cory Perry, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is GRANTED, and Perry's convictions and sentences are AFFIRMED.